THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

MICHAEL GILMORE,

    Plaintiff,

v.

THE BOEING COMPANY,

    Defendant.

NO. 2:16-cv-01617-MJP

ORDER GRANTING JOINT STIPULATED MOTION TO RE-NOTE DEFENDANT'S MOTION AND TO CONTINUE EXPERT DISCLOSURE DEADLINE

THIS MATTER comes before the Court on Defendant The Boeing Company's and Plaintiff Michael Gilmore's (the "Parties") Joint Stipulated Motion to Re-Note Defendant's Motion and to Continue Expert Disclosure Deadline (Dkt. 42) ("Motion"). The Court has reviewed the Parties' Motion and the Court is fully informed.

**IT IS HEREBY ORDERED THAT:**

1. The Parties' Joint Stipulated Motion to Re-Note Defendant's Motion and to Continue Expert Disclosure Deadline is **GRANTED IN FULL.**
2. The hearing date for Defendant's Motion to Compel Rebuttal Expert Interview (Dkt. 31) is now December 15, 2017.
ORDER GRANTING JOINT STIPULATED
MOTION TO RE-NOTE DEFENDANT'S MOTION AND TO
CONTINUE EXPERT DISCLOSURE DEADLINE
CASE NO. 2:16-CV-01617 MJP – 1

3. Defendant's proposed vocational and damages rebuttal expert, Lee E. Miller, is permitted to disclose his expert report on December 22, 2017, or, in the alternative, on the date ordered by the Court if it grants Defendant's Motion to Compel Rebuttal Expert Interview (Dkt. 31).

DATED this 7th day of December, 2017.

Marsha J. Pechman
United States District Judge

Presented by:
MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Clifford D. Sethness
Clifford D. Sethness, WSBA #14110
Morgan, Lewis & Bockius LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
Phone: 213-612-2500
Fax: 213-612-2501
Email: clifford.sethness@morganlewis.com

Jocelyn R. Cuttino, admitted pro hac vice
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004
Phone: 202-739-3000
Fax: 202-739-3001
Email: jocelyn.cuttino@morganlewis.com

FOX ROTHSCHILD LLP

By: /s/ Laurence A. Shapero
Laurence A. Shapero, WSBA #31301
FOX ROTHSCHILD LLP
1001 Fourth Avenue, #4500
Seattle, WA 98154
Phone: 206-624-3600
Fax: 206-389-1708
Email: lshapero@foxrothschild.com

*Attorneys for Defendant The Boeing Company*

ORDER GRANTING JOINT STIPULATED
MOTION TO RE-NOTE DEFENDANT'S MOTION AND TO
CONTINUE EXPERT DISCLOSURE DEADLINE
CASE NO. 2:16-CV-01617 MJP – 3