# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICHAEL GILMORE, | CASE NO. C16-1617 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BOEING COMPANY, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

A telephone conference was held on December 22, 2017 with representatives from both parties present. At the conclusion of the conference, the following orders were entered:

- Defendant will provide the Court and opposing counsel with complete copies of its corrected motion for summary judgment forthwith.

- Plaintiff will have until **January 8, 2018** to file his response; Defendant's reply will be due on **January 12, 2018** and the motion will be re-noted to that date.

- Defendant's second and third praecipes (Dkt. Nos. 40 and 45) are ordered SEALED forthwith.
- Within 10 days of the date of this order, Defendant will remit to Plaintiff's counsel the sum of $3600 as compensation for the time expended to address the filing errors which led to the December 22 phone conference.

The clerk is ordered to provide copies of this order to all counsel.

Filed: December 22, 2017.

William M. McCool<br>
Clerk of Court

s/Paula McNabb<br>
Deputy Clerk