THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL GILMORE,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>THE BOEING COMPANY, a Delaware Corporation.<br><br>　　　　　　　Defendant. | NO. 2:16-cv-01617-MJP<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO SEAL EXHIBIT TO HANLEY DECLARATION SUPPORTING PLAINTIFF'S REPLY IN OPPOSITION TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

**THIS MATTER** comes before the Court by Plaintiff Michael Gilmore's Motion to Seal Exhibit AA to the Declaration of Elizabeth A. Hanley Supporting Plaintiff's Reply in Opposition to Defendant's Response to Plaintiff's Motion for Partial Summary Judgment.

The Court has considered the following:

1. Plaintiff's Motion to Seal Exhibit AA to Hanley Declaration Supporting Plaintiff's Reply in Opposition to Defendant's Response to Plaintiff's Motion for Partial Summary Judgment;

2. Declaration of Elizabeth Hanley in support of Plaintiff's Motion to Seal Exhibit AA to Hanley Declaration Supporting Plaintiff's Reply in Opposition to Defendant's Response to Plaintiff's Motion for Partial Summary Judgment;

Being advised that Defendant has no objection to the motion to seal,

**THE COURT ORDERS:**

1. Plaintiff's Motion to Seal is GRANTED; and

2. Exhibit AA to the Declaration of Elizabeth Hanley Supporting Plaintiff's Motion to Seal is hereby sealed

DATED this __2nd___ day of __January__, _2017_.

_____
Marsha J. Pechman
United States District Judge

Presented By:

*s/Elizabeth A. Hanley*_____
Elizabeth A. Hanley, WSBA # 38233
Reed Longyear Malnati & Ahrens, PLLC
801 Second Ave., Ste. 1415
Seattle, WA 98104
Tel. (206) 624-6271
Fax (206) 624-6672
Email: ehanley@reedlongyearlaw.com
Attorney for Plaintiff

# **CERTIFICATION OF SERVICE**

The undersigned declares under penalty of perjury under the laws of the state of Washington that on this day, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Mr. Clifford D. Sethness
Ms. Jocelyn R. Cuttino
Mr. Matthew A. Krimski
Morgan, Lewis, & Bockius, LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
Tel. (213) 621-2500
Fax (213) 621-3132
Email:
clifford.sethness@morganlewis.com
jocelyn.cuttino@morganlewis.com
matthew.krimski@morganlewis.com

Mr. Laurence A. Shapero
Fox Rothschild, LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Tel. (206) 624-3600
Fax (206) 389-1708
Email: lshapero@foxrothschild.com

*Attorneys for The Boeing Company*

The foregoing statement is made under the penalty of perjury under the laws of the United States of America and the State of Washington and is true and correct.

DATED December 29, 2018.

REED LONGYEAR MALNATI & AHRENS, PLLC

By: *s/Elizabeth A. Hanley*
Elizabeth A. Hanley
Reed Longyear Malnati & Ahrens, PLLC
801 Second Ave., Ste. 1415
Seattle, WA 98104
Tel. (206) 624-6271
Fax (206) 624-6672
Email: ehanley@reedlongyearlaw.com

ORDER GRANTING PLAINTIFF'S MOTION TO SEAL
EXHIBIT TO HANLEY DECLARATION - 3
Case No. 2:16-cv-01617-MJP